# Court of Appeals, State of Michigan

## ORDER

People of MI v Dustin Allen Hornback

Docket No.   320750

LC No.       13-000815-FH

Michael J. Riordan
Presiding Judge

Pat M. Donofrio

Jane M. Beckering
Judges

The Court orders that the opinion issued in this case is hereby AMENDED to correct a clerical error. The opinion is corrected to read June 16, 2015 as the date of the opinion.

In all other respects, the opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

JUN 29 2015
Date

Chief Clerk